**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 08-1242**

───────────

RICHARD PEAMON,

              Plaintiff - Appellant,

     and

BILL NORRIS; MICHAEL RICH,

              Plaintiffs,

     v.

A AND R DEVELOPMENT CORPORATION,

              Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:06-cv-02974-WMN)

───────────

Submitted:  May 22, 2008            Decided:  May 28, 2008

───────────

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Richard Peamon, Appellant Pro Se.   Paula Jeanette McGill,
Washington, D.C.; Paul D. Shelton, MCKENNON, SHELTON, & HENN, LLP,
Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Peamon appeals the district court's orders granting A & R Development's motions to set aside an entry of default, for a protective order, and for summary judgment on Peamon's civil negligence action, which alleged inadequate security at his apartment complex. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Peamon v. A & R Dev. Corp., No. 1:06-cv-02974-WMN (D. Md. Mar. 20, 2007; Apr. 19, 2007; Feb. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED